UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | **CASE NO. 5:98-CR-0361-SLB-SGC** |
| ) | |
| **JAMES SCRUGGS,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION AND ORDER

This case is presently pending before the court on defendant's Motion for Resentencing pursuant to Section 404 of the First Step Act of 2018. (Doc. 128.)[1]

On May 11, 2017, Scruggs's sentence was reduced pursuant to Amendment 782 of the Sentencing Guidelines. (Doc. 126.) He was released from prison and began his term of supervised release on November 5, 2019. (Doc. 133 at 1.) Shortly thereafter, the probation office notified the court that:

> Mr. Scruggs has been on supervised release for about one month, and it has been challenging to work with him, as he has indicated that he does not agree with the conditions previously imposed upon him by the Court. Scruggs has verbally disagreed with his conditions and has refused to sign the appropriate documents to acknowledge his understanding of expectations, establish a payment plan/agreement, and authorize credit checks.

(*Id*. at 2.)

---

[1]Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

The application of the First Step Act is discretionary, (First Step Act § 404(c)), and, assuming the Act applies to reduce the term of supervised release following completion of the term of imprisonment, this court declines to exercise its discretion to reduce Scruggs's term of supervised release.

The Motion for Resentencing, (doc. 128), is **DENIED**.

**DONE** this 6th day of January, 2020.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE